**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 98-7783**

———

DAVID GORDON,

                                   Petitioner - Appellant,

        versus

THOMAS R. CORCORAN, Warden; ATTORNEY GENERAL
FOR THE STATE OF MARYLAND,

                                   Respondents - Appellees.

———

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
97-3674-CCB)

———

Submitted:  May 25, 1999            Decided:  June 22, 1999

———

Before MURNAGHAN and TRAXLER, Circuit Judges, and HALL, Senior Cir-
cuit Judge.

———

Dismissed by unpublished per curiam opinion.

———

David Gordon, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL, Balti-
more, Maryland, for Appellees.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Gordon appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Gordon v. Corcoran, No. CA-97-3674-CCB (D. Md. Nov. 3, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED